UNITED STATES of America,
Plaintiff–Appellee,

v.

Michelle TINSLEY, Defendant–
Appellant.

No. 05–15995
Non–Argument Calendar.
D.C. Docket No. 04–00110–CR–WS.

United States Court of Appeals,
Eleventh Circuit.

April 17, 2006.

Kristen Gartman Rogers, Carlos Alfredo Williams, K. Lyn Hillman, Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michelle Tinsley in this appeal from a revocation of probation, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Tins-

ley's probation and resulting sentence are **AFFIRMED.**